UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOURDES BURGOS, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>          Defendant. | Civil Action No. 4:20-cv-01205<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lourdes Burgos hereby dismisses all claims in this action without prejudice.  Defendant has not served an Answer to the Plaintiff's Complaint, nor have they served a motion for summary judgment.

Dated:  August 18, 2020                                         Respectfully Submitted,

                                                                By:  */s/ Joseph I. Marchese*
                                                                        Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Joseph I. Marchese
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com

*Attorneys for Plaintiff*