# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOURDES BURGOS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>　　　　　Defendant. | No. 4:20-CV-01205<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 19th day of August 2020, in light of the Notice of Voluntary Dismissal filed on August 18, 2020, Doc. 17, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　　　United States District Judge